AO91 (Rev. 12/03)   Criminal Complaint                                                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:12-po-03157 |
| Martin SOLIS-Flores <br> AKA Martin Solis FLORES <br> IAE A200 715 572 <br> Mexico 1968 | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 14, 2012** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Martin SOLIS-Flores was encountered by Border Patrol Agents near Rio Grande City, Texas on May 14, 2012.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on May 14, 2012, by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS**
Continued on the attached sheet and made a part of this complaint:   ☐ Yes    ☒ No

/S/  Ruiz, Joel  Border Patrol Agent
Signature of Complainant

Ruiz, Joel    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 15, 2012                                                                at        McAllen, Texas
Date                                                                                          City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge            Title of Judge                                            Signature of Judge